IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE WHITLOW, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 10-AR-2570-S |
| } | |
| CHARTER PROPERTY MANAGEMENT } | |
| CO. INC. AS AGENT FOR THE } | |
| BRANCH AT CARSON SPRINGS, IL, } | |
| a corporation; and NATIONAL } | |
| CREDIT SYSTEMS, INC., a | |
| corporation, | |
| | |
| Defendants. | |

**ORDER**

Before the court is the motion by plaintiff, Michelle Whitlow ("Whitlow"), to enforce a settlement agreement between the parties. It came on to be heard on March 25, 2011, at which time plaintiff reported, without objection, that defendant, Charter Property Management Co. Inc. ("Charter"), has failed to pay $2500.00, its share of the settlement. Whitlow's motion is well-taken and **GRANTED**. Accordingly, judgment is hereby **ENTERED** against Charter in the sum of $3000.00, against Charter representing the amount of the settlement agreement plus $500.00 in attorney fees to plaintiff's counsel. If not paid **within fourteen (14) calendar days**, execution shall issue.

Costs are taxed against Charter. The case is closed.

DONE this 28th day of March, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE